1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL J. LESH,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil  No.  C05-5723-RJB<br><br><br>PROPOSED ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that this case is

REVERSED and REMANDED for further proceedings under sentence four of 42 U.S.C.

§ 405(g).  On remand, an administrative law judge (ALJ) will:

•    hold a de novo hearing;

•    obtain updated records from Plaintiff's treating sources;

•    re-evaluate the opinions of Dan Neims, Psy.D.;

Page 1     PROPOSED ORDER - [C05-5723-RJB]

1 • re-evaluate Plaintiff's mental impairment, including anger management;

2 • re-evaluate Plaintiff's subjective complaints, including regarding his physical limitations;

3
4 • consider all lay evidence of record;

5 • reconsider findings in the sequential evaluation process given the re-evaluated evidence

6 discussed above, including whether Plaintiff can perform the physical and mental

7 requirements of his past relevant work or other work; and

8 • obtain supplemental testimony from medical and vocational experts if warranted.

9
10 Pursuant to 20 C.F.R. §§ 404.983, 416.1483, Plaintiff may submit new evidence and raise

11 any issue on remand whether or not raised previously.  Plaintiff may be awarded costs pursuant to

12 28 U.S.C. § 1920 and reasonable attorney fees and expenses pursuant to the Equal Access to

13 Justice Act, 28 U.S.C. § 2412.

14 DATED this 22nd day of March, 2006.

15
16
17 Robert J. Bryan
U.S. District Judge

18
19 Recommend for Entry:

20
21  s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28 Page 2     PROPOSED ORDER - [C05-5723-RJB]

1   Presented by:

2
    s/ David M. Blume
3   Special Assistant U.S. Attorney
    Office of the General Counsel
4   701 Fifth Ave, Ste 2900
    Seattle, WA 98104
5   Phone: (206) 615-2212
    Fax: (206)615-2531
6   david.blume@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 3     PROPOSED ORDER - [C05-5723-RJB]